**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | 3:11-cv-00825-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MARY JO CHADEY, and CYNTHIA CALLAHAN POST, | ) ) | |
| | ) | |
| Defendants. | ) | |

  The plaintiff's motion to withdraw (#22) its motion for summary judgment (#14) is granted.

  IT IS SO ORDERED.

  DATED: This 26th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE