UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARY JO CHADEY, and CYNTHIA CALLAHAN POST,<br><br>Defendants. | CASE NO.:   3:11-cv-00825-HDM-VPC<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that the above entitled action may be dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED this ___ day of April, 2012.

PRINCE & KEATING

By: _____
JOHN T. KEATING
Nevada Bar No.: 6373
3230 South Buffalo Drive, Suite 108
Las Vegas, Nevada  89117
Attorney for Plaintiff
*Allstate Insurance Company*

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*[signature: Mark Wray]*
_____
MARK D. WRAY, ESQ.
Nevada Bar No.: 4425
608 Lander Street
Reno, Nevada 89509
Attorney for Defendant
*Cynthia Callahan Post*


_____
MARY JO CHADEY
891 South Dyer Circle
Incline Village, Nevada 89451
Defendant in Pro Per

1
2  MARK D. WRAY, ESQ.
3  Nevada Bar No.: 4425
   608 Lander Street
4  Reno, Nevada 89509
   Attorney for Defendant
5  *Cynthia Callahan Post*
6
7  _____
   MARY JO CHADEY
8  891 South Dyer Circle
   Incline Village, Nevada 89451
9  Defendant in Pro Per
10
## ORDER
11
12      IT IS ORDERED that this case is hereby dismissed in its entirety this 25th day of
13  May, 2012.
14
15
16  _____
    UNITED STATES DISTRICT JUDGE
17  Submitted by:
18  **PRINCE & KEATING**
19
20  By: _____
21      JOHN T. KEATING
        Nevada Bar No.: 6373
22      3230 South Buffalo Drive, Suite 108
23      Las Vegas, Nevada 89117
        Attorney for Plaintiff
24      *Allstate Insurance Company*
25
26
27
28

2