1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARY JO CHADEY, and CYNTHIA CALLAHAN POST,<br><br>Defendants. | CASE NO.:   3:11-cv-00825-HDM-VPC<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that the above entitled action may be dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED this 30 day of April, 2012.

PRINCE & KEATING

By: _____
JOHN T. KEATING
Nevada Bar No.: 6373
3230 South Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
Attorney for Plaintiff
*Allstate Insurance Company*

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
MARK D. WRAY, ESQ.
Nevada Bar No.: 4425
608 Lander Street
Reno, Nevada 89509
Attorney for Defendant
*Cynthia Callahan Post*


_____
MARY JO CHADEY
891 South Dyer Circle
Incline Village, Nevada 89451
Defendant in Pro Per

MARK D. WRAY, ESQ.
Nevada Bar No.: 4425
608 Lander Street
Reno, Nevada 89509
Attorney for Defendant
*Cynthia Callahan Post*

_____
MARY JO CHADEY
891 South Dyer Circle
Incline Village, Nevada 89451
Defendant in Pro Per

### ORDER

IT IS ORDERED that this case is hereby dismissed in its entirety this 25th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**PRINCE & KEATING**

By: _____
JOHN T. KEATING
Nevada Bar No.: 6373
3230 South Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
Attorney for Plaintiff
*Allstate Insurance Company*

2